UNITED STATES DISTRICT COURT

for the

Western District of Michigan

FILED - GR
October 28, 2026 1:25 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW SCANNED BY: JV / 10-28

COMPLAINT FOR A CIVIL CASE

1:26-cv-3088
Hala Y. Jarbou
Chief U.S. District Judge

Annie Chavez

*-v-*

Vanessa Fang, Kevin McClanahan

*1. Defendants conspired in committing fraud in election,*

*2. Defendants also failed to provide accurate number in financial disclosure reports,*

*3. Defendants are subjected to actions as provided by law.*

Declaration: I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims. Annie Chavez

Annie Chavez
77 Olentangy River Rd
Columbus, OH 43200

DV DANIELS NJ 070
22 OCT 2026 PM 3 L

Dog Bite Awareness

1776 ★ 2026
USA FOREVER

U.S. District Court Clerk's Office
110 Michigan St NW
Grand Rapids MI 49503

49503-236399